**Motion Granted; Order filed June 18, 2013**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-13-00385-CV

—————————

**WILLIAM CARL WOOLEY, Appellant**

**V.**

**RANDY SCHAFFER, Appellee**

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-05833**

## ORDER

On April 22, 2013, appellant filed a *pro se* notice of appeal from the trial court's order signed April 3, 2013, dismissing the underlying suit. Unless excused by statute or rule, an appellant must pay the required filing fees when filing a notice of appeal. *See* Tex. R. App. P. 5 (requiring parties to pay the filing fees at the time an item is presented for filing); *see also* Tex. R. App. P. 20.1(c) (requiring that an affidavit of indigence be filed before or with the notice of appeal). The appellate filing fee has not been paid. On May 21, 2013, this court notified

appellant that the filing fee was past due and the appeal was subject to dismissal unless the fee was paid within 10 days.

On May 29, 2013, appellant filed a motion for an extension of time to proceed *in forma pauperis.* He included an affidavit of indigence and a copy of the printout showing the balance in his inmate trust fund account.

Pursuant to the requirements of Texas Rule of Appellate Procedure 20.1(d)(2), this court forwarded a copy of appellant's affidavit to the trial court clerk and court reporter. The clerk, court reporter, or any party may challenge an affidavit in the court in which the affidavit was filed. Tex. R. App. P. 20.1(e). The court advised in its notice that any contest to appellant's affidavit of indigence was required to be filed in this court on or before June 10, 2013. *See id.* No contest was filed by the deadline. Unless a contest is timely filed, the affidavit's allegations will be deemed true, and appellant will be allowed to proceed without advance payment of costs. *See id.* 20.1(f). Accordingly, we issue the following order:

Appellant's motion is **GRANTED.** Appellant may proceed without the advance payment of costs on appeal. The Harris County District Clerk is directed to file a clerk's record containing the items listed in Texas Rule of Appellate Procedure 34.5(a), and those documents specifically requested by appellant to be included in the clerk's record, on or before **July 17, 2013.**

Terri Anderson, the court reporter for the 11th District Court, has notified this court that no record was made in this case. In addition, appellant is excused from paying the appellate filing fee due to his indigent status. *See* Tex. R. App. P. 20.1(f).

PER CURIAM

2